IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 2 1 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | BY DEPUTY_____ |
| | § | |
| v. | § | No. 9:16CR 23 |
| | § | Judge *Clark / Giblin* |
| JOHN PAUL JONES | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

**Violation:** 18 U.S.C. §§ 2251(a)
(Production of Child Pornography)

On or about April 3, 2016, in the Eastern District of Texas, **John Paul Jones**, defendant, did knowingly employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **John Paul Jones**, did employ, use, persuade, induce, entice, and coerce "N.J.B.", a minor known to the Grand Jury, to engage in sexually explicit conduct using the following device that had been mailed, shipped, and transported in and affecting interstate or foreign commerce: a Samsung Galaxy View, bearing serial number RF2H100Y90J.

In violation of 18 U.S.C. § 2251(a).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As the result of committing the offenses alleged in this Indictment, **John Paul Jones** shall forfeit to the United States his interest in the following property, including, but not limited to:

1.  One (1) Samsung Galaxy View, bearing serial number RF2H100Y90J.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

(1)     any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

(3)     any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
Lauren Gaston
Assistant United States Attorney

_____
Date   9/21/16

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:16CR____ |
| | § | Judge_____ |
| JOHN PAUL JONES | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:      18 U.S.C. § 2251(a)

Penalty:        Imprisonment for not less than 15 years and not more than 30
                years, a fine of not more than $250,000 (or twice the pecuniary
                gain to the defendant or loss to the victim), or both, and a term
                of supervised release of not less than 5 years.

Special Assessment: $100.00